THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTY KAE HILL,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,,<br><br>Defendant. | CASE NO. C14-0599-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Administrative Record, the memoranda of the parties, and the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge, hereby **ORDERS**:

    (1)    The Court **adopts** the Report and Recommendation (Dkt. No. 16);

    (2)    The Court **AFFIRMS** the decision of the Commissioner; and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

//
//
//
//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1   DATED this 5th day of December 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2